IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05 C 3655 |
| v. | ) ) | Judge Coar |
| WEBSTER TEMPORARY SERVICES, INC. and THOMAS WEBSTER, | ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) ) | |

## AGREED ORDER OF DISMISSAL

This lawsuit is hereby dismissed with prejudice pursuant to the terms of the Settlement Agreement attached hereto and incorporated by reference. The parties agree that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. All further dates are stricken.

ENTER:

3/21/06
Date

Honorable David H. Coar